IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELGARDO SCOTT, ) | |
|       Plaintiff, ) | |
| ) | Civil Action No. 12-743 |
| vs. ) | District Judge Arthur J. Schwab |
| ) | Magistrate Judge Maureen P. Kelly |
| JUDGE DONETTA W. AMBROSE, ) | |
|       Defendant. ) | |

## O R D E R

AND NOW, this 22nd day of August, 2012, after the Plaintiff, Delgardo Scott, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge recommending that the case be dismissed for failure to prosecute and granting the parties until August 20, 2012, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the above-captioned case is DISMISSED for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wish to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                                                          s/ Arthur J. Schwab
                                                          Arthur J. Schwab
                                                          United States District Judge

cc:    Delgardo Scott
        Low Security Correctional Institution  Allenwood
        P.O. Box 1000
        White Deer, PA 17877
        and Counsel of Record Via CM-ECF